No. 85–1740.   KANANEN ET UX. *v.* SUN BANK OKEECHOBEE, FKA COMMERCIAL BANK OKEECHOBEE, FLORIDA, ET AL., 476 U. S. 1182;

No. 85–1793.   WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* SMITH, 477 U. S. 905;

No. 85–1872.   COOK *v.* PETER KIEWIT SON'S CO. ET AL., 476 U. S. 1183;

No. 85–1875.   SCHUCHMAN ET UX. *v.* UNITED STATES ET AL., 477 U. S. 905;

No. 85–5466.   CELESTINE *v.* BLACKBURN, WARDEN, 476 U. S. 1164;

No. 85–5886.   RAULT *v.* LOUISIANA, 476 U. S. 1178;

No. 85–5986.   JONES *v.* LOUISIANA, 476 U. S. 1178;

No. 85–6308.   LOWENFIELD *v.* LOUISIANA, 476 U. S. 1153;

No. 85–6347.   BIRDSELL *v.* UNITED STATES, 476 U. S. 1119;

No. 85–6389.   FOSTER, AKA LEE *v.* MISSOURI, 476 U. S. 1178;

No. 85–6498.   CARDINAL *v.* UNITED STATES, 476 U. S. 1161;

No. 85–6710.   KOENIG *v.* FOSHEIM ET AL., 476 U. S. 1172;

No. 85–6717.   OBOLENSKY *v.* POTTER ET AL., 476 U. S. 1172;

No. 85–6742.   JOHNSTON *v.* PERROTT, 476 U. S. 1166;

No. 85–6826.   SELLNER *v.* PANAGOULIS, AKA HUDNALL, ET AL., 477 U. S. 907;

No. 85–6843.   BRYANT *v.* VOSE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION, 477 U. S. 907; and

No. 85–6948.   IN RE GAY, 477 U. S. 903.   Petitions for rehearing denied.

No. 85–6404.   KEPFORD *v.* THOMAS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL., 476 U. S. 1158.   Motion for leave to file petition for rehearing denied.

AUGUST 21, 1986

No. A–131.   SMITH *v.* TEXAS.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.   JUSTICE REHNQUIST and JUSTICE O'CONNOR took no part in the consideration or decision of this application.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth